

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sheri Taylor, Appellant

No. 06-24-00015-CV      v.

Melody Ann Norton, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 23C1418-CCL). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Sheri Taylor, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 13, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk